O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK ANTHONY LITTLE, | ) | CASE NO. CV 13-00373 PA (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| LEROY BACA, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: July 19, 2013

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE